IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SHELLY D. PARHAM, Individually, and VICTOR HINES, III, as Independent Administrator of, and on behalf of, the Estate of Marcus Johnson, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BURKBURNETT, TEXAS, and DANIEL C. ELBAUM, <br><br> Defendants. | Civil Action No. 7:17-cv-00036-M-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant Elbaum's Motion to Dismiss (ECF No. 7) is **DENIED** without prejudice as **MOOT**.

**SIGNED** this 26th day of April, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE