IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SHELLY D. PARHAM, Individually, and VICTOR HINES, III, as Independent Administrator of, and on behalf of, the Estate of Marcus Johnson, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BURKBURNETT, TEXAS, et al., <br><br> Defendants. | Civil Action No. 7:17-cv-00036-M-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant McDonald's Motion to Dismiss [ECF No. 83] is **DENIED** and Defendant Leonard's Motion to Dismiss [ECF No. 83] is **GRANTED**, and Plaintiffs' claims against Defendant Leonard are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

June 22, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE