UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SHELLY D. PARHAM, individually, and VICTOR HINES III, as independent administrator of, and on behalf of, the ESTATE OF MARCUS JOHNSON, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF BURKBURNETT; DANIEL C. ELBAUM; MATTHEW C. MCDONALD; and ZACHARY D. LEONARD, <br><br>Defendants. | CIVIL ACTION NO. 7:17-CV-00036-M |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims, causes of action, and requests for relief in this lawsuit have been resolved, and the parties hereby stipulate to dismissal of this lawsuit with prejudice with each party to pay his, her, or its own attorneys fees and costs regarding prosecuting and/or defending this lawsuit.

Dated:  October 12, 2018

Respectfully submitted:

By:     /s/ T. Dean Malone
    T. Dean Malone

T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Michael T. O'Connor
Texas State Bar No. 24032922
michael.oconnor@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:   (214) 670-9989
Telefax:       (214) 670-9904

Attorneys for the Plaintiffs

By:     /s/ Daniel R. Barrett
    Daniel R. Barrett

Daniel R. Barrett
Texas State Bar No. 01810400
dbarrett@toase.com
Wayne K. Olson
Texas State Bar No. 15276900
wolson@toase.com
Ashley D. Dierker
Texas State Bar No. 24065399
adierker@toase.com
Taylor, Olson, Adkins, Sralla & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Telephone:   (817) 332-2580
Telefax:       (817) 332-4740

Attorneys for Defendant City of Burkburnett

By:     /s/ Joe C. Tooley
    Joe C. Tooley

Joe C. Tooley
Texas State Bar No. 20129750
joe@tooleylaw.com
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
Telephone:   (972) 722-1058
Telefax:       (972) 722-1070

Attorney for Defendant Daniel C. Elbaum

By:     /s/ Norman Ray Giles
    Norman Ray Giles

William S. Helfand
Texas State Bar No. 09388250
bill.helfand@lewisbrisbois.com
Norman Ray Giles
Texas State Bar No. 24014084
norman.giles@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:   (713) 659-6767
Telefax:       (713) 759-6830

Attorneys for Defendants Matthew C. McDonald and Zachary D. Leonard

## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2018 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

| | |
|---|---|
| Daniel R. Barrett<br>Taylor, Olson, Adkins, Sralla, & Elam, L.L.P.<br>6000 Western Place, Suite 200<br>Fort Worth, Texas 76107 | Joe Tooley<br>Tooley Law<br>510 Turtle Cove #112<br>Rockwall, Texas 75087 |
| Wayne K. Olson<br>Taylor, Olson, Adkins, Sralla, & Elam, L.L.P.<br>6000 Western Place, Suite 200<br>Fort Worth, Texas 76107 | William S. Helfand<br>Lewis Brisbois Bisgaard & Smith, LLP<br>24 Greenway Plaza, Suite 1400<br>Houston, Texas 77046 |
| Ashley D. Dierker<br>Taylor, Olson, Adkins, Sralla, & Elam, L.L.P.<br>6000 Western Place, Suite 200<br>Fort Worth, Texas 76107 | |

                                              /s/ T. Dean Malone